CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 1 6 2013

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | | |
|---|---|---|
| **ROGER LEE HOWARD, JR.,** | ) | **Civil Action No. 7:12cv00452** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **SEMCO DUCT AND ACOUSTICAL PRODUCTS, INC.,** | ) | |
| | ) | |
| | ) | **By: Samuel G. Wilson** |
| Defendant. | ) | **United States District Judge** |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendant's motion for summary judgment is **DENIED**

in part and **GRANTED** in part.  In addition, the plaintiff's motions to strike are **DENIED** as

moot.

ENTER: August 16, 2013.

_____
UNITED STATES DISTRICT JUDGE