CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 16 2013

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| ROGER LEE HOWARD, JR., | ) | Civil Action No. 7:12cv00452 |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| SEMCO DUCT AND ACOUSTICAL PRODUCTS, INC., | ) | By: Samuel G. Wilson |
| Defendant. | ) | United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the defendant's motion for summary judgment is **DENIED** in part and **GRANTED** in part. In addition, the plaintiff's motions to strike are **DENIED** as moot.

**ENTER:** August 16, 2013.

_____
UNITED STATES DISTRICT JUDGE